IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **THOMAS HIBDON, ET AL.,** | * |
| Plaintiffs | * |
| v. | * Civil No.: **PJM 14-591** |
| **SAFEGUARD PROPERTIES, LLC., ET AL.** | * |
| Defendants | * |

# ORDER

Upon consideration of Defendant Safeguard Properties, LLC's Motion to Dismiss Plaintiffs' Complaint, ECF No. 25, Defendant CitiMortgage, Inc.'s Motion to Strike Class Allegations and Dismiss Counts 2-6 of the Complaint, ECF No. 22, Defendant Bank of America, N.A.'s Motion to Dismiss Complaint and Strike Class Allegations, ECF No. 28, Plaintiffs' Motion for Reconsideration, ECF No. 68, and the Opposition thereto, and oral argument being heard, it is, this 9th day of July, 2015

**ORDERED**

1. Plaintiffs' Motion for Reconsideration, ECF No. 68, is **GRANTED-IN-PART** and **DENIED-IN-PART**;

2. Safeguard's Motion to Dismiss Count 1: Violation of §1692(f)(6) of the Fair Debt Collection Practices Act is **GRANTED**;

3. Defendants' Motions to Dismiss Count 2: Violation of §14-201 et. seq. of the Maryland Commercial Law Code: Maryland Consumer Debt Collections Act are **GRANTED**;

4. Defendants' Motions to Dismiss Count 3: Violation of §13-301 et seq. of the Maryland Commercial Law Code: The Maryland Consumer Protection Act are **GRANTED-IN-PART and DENIED-IN PART**;

   a. Defendants' Motions to Dismiss Count 3: Violation of §13-301 et seq. of the Maryland Commercial Law Code: The Maryland Consumer

        Protection Act are **DENIED** solely as to Plaintiff Hibdon's claim that Defendants engaged in unfair trade practices under the Maryland Consumer Protection Act;

    b.  Defendants' Motions to Dismiss Count 3: Violation of §13-301 et seq. of the Maryland Commercial Law Code: The Maryland Consumer Protection Act are **GRANTED** as to Plaintiff Burns's claim that Defendants engaged in unfair trade practices under the Maryland Consumer Protection Act;

    c.  Insofar as Plaintiffs attempt to assert any other theories of relief under §13-301 et seq. of the Maryland Commercial Law Code: The Maryland Consumer Protection Act, the Defendants' Motions to Dismiss are **GRANTED**;

5. Defendants' Motions to Dismiss Count 4: Conversion are **DENIED**;

6. Defendants' Motions to Dismiss Count 5: Trespass are **DENIED**;

7. Defendants' Motions to Dismiss Count 6: Negligence are **DENIED**;

8. Safeguard's and Bank of America's Motions to Dismiss Count 7: Breach of Contract are **DENIED**;

9. Defendants' Motions to Dismiss and/or Strike class allegations in the Complaint are **GRANTED WITHOUT PREJUDICE**; and

10. Within twenty (20) days hereof, Defendants **SHALL** file answers to the Complaint.

                                                            /s/
                                      **PETER J. MESSITTE**
                            **UNITED STATES DISTRICT JUDGE**